**180S, INC. and 180S, LLC,**
**Plaintiffs–Appellees,**

v.

**J.C. PENNEY COMPANY, INC., J.C. Penney Corporation, Inc., and Drew Pearson Marketing, Inc., Defendants–Appellants,**

**and**

**Free Country, Ltd., Defendant.**

**No. 05–1147.**

United States Court of Appeals, Federal Circuit.

June 10, 2005.

*ORDER*

Upon consideration of J.C. Penney Company, Inc. et al.'s unopposed motion to dismiss their appeal with prejudice pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.

1. We note that the parties request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.